| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Gary Leibowitz 91670<br>Law Office of Gary Leibowitz<br>4050 Katella Ave., Ste 201<br>Los Alamitos, CA 90720<br>Tele: (562) 430-6002 Fax: (562) 430-8187<br>☑ Attorney for Cuarenta, Matthew | |

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA

| In re<br>**Cuarenta, Matthew Cabales**<br><br>Debtor(s). | CASE NO.: 2:09-bk-33044-VZ<br>CHAPTER: **13**<br>ADV. NO.: |
|---|---|

### ELECTRONIC FILING DECLARATION
### (INDIVIDUAL)

☐ Petition, statement of affairs, schedules or lists        Date Filed: _____
☒ Amendments to the petition, statement of affairs, schedules or lists    Date Filed: 5/5/10
☒ Other: Motion to Modify Plan        Date Filed: 5/5/10

**PART I - DECLARATION OF DEBTOR(S) OR OTHER PARTY**

I (We), the undersigned Debtor(s) or other party on whose behalf the above-referenced document is being filed (Signing Party), hereby declare under penalty of perjury that: (1) I have read and understand the above-referenced document being filed electronically (Filed Document); (2) the information provided in the Filed Document is true, correct and complete; (3) the "/s/," followed by my name, on the signature line(s) for the Signing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature line(s); (4) I have actually signed a true and correct hard copy of the Filed Document in such places and provided the executed hard copy of the Filed Document to my attorney; and (5) I have authorized my attorney to file the electronic version of the Filed Document and this Declaration with the United States Bankruptcy Court for the Central District of California. If the Filed Document is a petition, I further declare under penalty of perjury that I have completed and signed a Statement of Social Security Number(s) (Form B21) and provided the executed original to my attorney.

_____    5/5/10
Signature of Signing Party    Date
**Matthew C. Cuarenta**
Printed Name of Signing Party

_____    5/5/10
Signature of Joint Debtor (if applicable)    Date
**Barbara Cuarenta**
Printed Name of Joint Debtor (if applicable)

**PART II - DECLARATION OF ATTORNEY FOR SIGNING PARTY**

I, the undersigned Attorney for the Signing Party, hereby declare under penalty of perjury that: (1) the "/s/," followed by my name, on the signature lines for the Attorney for the Signing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature lines; (2) the Signing Party signed the Declaration of Debtor(s) or Other Party before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (3) I have actually signed a true and correct hard copy of the Filed Document in the locations that are indicated by "/s/," followed by my name, and have obtained the signature(s) of the Signing Party in the locations that are indicated by "/s/," followed by the Signing Party's name, on the true and correct hard copy of the Filed Document; (4) I shall maintain the executed originals of this Declaration, the Declaration of Debtor(s) or Other Party, and the Filed Document for a period of five years after the closing of the case in which they are filed; and (5) I shall make the executed originals of this Declaration, the Declaration of Debtor(s) or Other Party, and the Filed Document available for review upon request of the Court or other parties. If the Filed Document is a petition, I further declare under penalty of perjury that: (1) the Signing Party completed and signed the Statement of Social Security Number(s) (Form B21) before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (2) I shall maintain the executed original of the Statement of Social Security Number(s) (Form B21) for a period of five years after the closing of the case in which they are filed; and (3) I shall make the executed original of the Statement of Social Security Number(s) (Form B21) available for review upon request of the Court.

_____    5/5/10
Signature of Attorney for Signing Party    Date
**Gary Leibowitz**
Printed Name of Attorney for Signing Party

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

November 2006

| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Gary Leibowitz, SBN 91670<br>Daniel Leibowitz, SBN 258466<br>Leibowitz Law Group<br>4050 Katella Ave., Ste 201<br>Los Alamitos, CA 90720<br>Tel: (562) 430-6002; Fax: (562) 430-8187<br>Email: AttorneyGary@gmail.com<br><br>☒ Attorney for  Cuarenta, Matthew Cabales and Barbara<br>☐ Pro Se Debtor | |

| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA | CHAPTER 13<br>CASE NUMBER  2:09-bk-33044-VZ |
|---|---|
| In re  Matthew Cabales Cuarenta<br><br>and<br><br>Barbara Cuarenta<br><br>Debtor(s). | **NOTICE OF MOTION UNDER LOCAL BANKRUPTCY RULE 3015-1(n) AND (w) TO MODIFY PLAN OR SUSPEND PLAN PAYMENTS**<br><br>(No Hearing Required) |

1. NOTICE IS HEREBY GIVEN that the debtor(s) in the above-captioned case will move this court for an order granting the relief sought in the attached motion. The motion is based upon the grounds set forth in the motion. The motion is made pursuant to Local Bankruptcy Rule 3015-1(n) and (w), which Local Rule provides that this motion may be granted without a hearing.

2. **Deadline for Opposition Papers and Request for a Hearing**: Any party objecting to the attached motion must file with the court and serve on the debtor(s) and the chapter 13 trustee a written objection and request for a hearing on the motion. If you fail to file a written objection within 21 days of the date of service of this notice, the court may treat such failure as a waiver of your right to oppose the motion and may grant the motion.

Dated:  4/5/10

Leibowitz Law Group
*Law Firm Name*
By:  /s/ Gary Leibowitz

Name:  Gary Leibowitz
*Attorney for Debtor(s)*

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2009                                                                                                                        **F 3015-1.5**

| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Gary Leibowitz, SBN 91670<br>Daniel Leibowitz, SBN 258466<br>Leibowitz Law Group<br>4050 Katella Ave., Ste 201<br>Los Alamitos, CA 90720<br>Tel: (562) 430-6002; Fax: (562) 430-8187<br>Email: AttorneyGary@gmail.com<br><br>☒ Attorney for Cuarenta, Matthew Cabales and Barbara<br>☐ Pro Se Debtor | |

| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA | CHAPTER 13<br>CASE NUMBER 2:09-bk-33044-VZ |
|---|---|
| In re: Matthew Cabales Cuarenta<br><br>and<br><br>Barbara Cuarenta<br><br><br><br>Debtor(s). | **MOTION UNDER LOCAL BANKRUPTCY RULE 3015-1(n) and (w) TO MODIFY PLAN OR SUSPEND PLAN PAYMENTS**<br><br>(No Hearing Required) |

1. The debtor(s) hereby move(s) this Court to modify the confirmed chapter 13 plan or suspend plan payments, as set forth in detail below.

2. The purpose of this motion is to *(check all that apply)*:
   ☐ Cure the delinquency.
   ☐ Address the expiration of the plan.
   ☐ Cure the infeasibility of the plan.
   ☒ Modify the amount of the plan payment, the length of the plan and/or the percentage to be paid to unsecured creditors because of a change in financial circumstances.

3. Terms of original confirmed chapter 13 plan:
   The Order Confirming Plan was entered on 12/18/09.
   Plan payment amount(s):$ 587.00 per month.
   Length of plan: 60 months.
   Percentage paid to Class 5 general unsecured creditors: 44.33 %.

4. There have been 0 previous modification or suspension orders.
   Plan payments have been suspended for 0 months and/or the plan has been extended for 0 months.

5. Current plan terms *(complete this section if the confirmed chapter 13 plan has been subject to a previous modification or suspension order)*:
   Plan payment amount(s):$ _____ per month.
   Length of plan: _____ months.
   Percentage paid to Class 5 general unsecured creditors: _____ %.

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009    F 3015-1.6

| Motion to Modify Plan or Suspend Plan Payments – *Page 2* | **F 3015-1.6** |
|---|---|
| In re: Cuarenta, Matthew and Barbara | CHAPTER 13 |
| Debtor(s). | CASE NUMBER 2:09-bk-33044-VZ |

6. Proposed modification:
   - ☐ Suspend (*indicate number of plan payments*) _____ plan payments.
   - ☐ Extend the term by (*indicate number of months*) _____ month(s).
   - ☐ Reduce the term by (*indicate number of months*) _____ month(s).
   - ☐ Increase the plan payment from $_____ to $_____ from (*date*) _____ to (*date*) _____.
   - ☒ Reduce the plan payment from $ 587.00 to $ 450.00 from (*date*) 5/27/10 to (*date*) 8/27/14.

7. Since the Order Confirming Plan or the last modification or suspension order was entered, the debtor's(s') circumstances have changed in the following respect:

   Starting May 2010, Debtors are paying $357 per month for their child's schooling. Prior to May 2010, Debtors did not have an educational expense. Debtors propose to decrease their plan payment by $137, which is less than the $137.50 allowable educational expense on Form B-22C.

   ***File and serve amended schedules I and J (if appropriate) and supporting documentation concerning the basis for this motion including, but not limited to, proof of income.***

8. If this motion is granted, the last plan payment due would be payable 60 months after the first plan payment was due.

9. If this motion is granted:

   ☐ There will be no change in the percentage paid to Class 5 general unsecured creditors,

   OR

   ☒ The percentage paid to Class 5 general unsecured creditors will change from 44.33 % to 30.53 %.

Dated: 5/4/10        /s/ Gary Leibowitz
                     Attorney for Debtor(s)

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 5/4/10        /s/ Matthew Cuarenta
                     Debtor
Dated: 5/4/10        /s/ Barbara Cuarenta
                     Joint Debtor

In re: Cuarenta, Matthew
Debtor.

Case 2:09-bk-33044-VZ    Doc 31    Filed 05/05/10    Entered 05/05/10 12:41:06    Desc
Main Document    Page 5 of 12

Case No. 2:09-bk-33044-VZ
(If known)

# DECLARATION OF CURRENT/ POST-PETITION INCOME

Complete this statement by providing the monthly income of the debtor and the debtor's spouse **at this time**. The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition was filed, unless the spouses are separated and a joint petition was not filed. Do not state the name of any minor child.

| Debtor's Marital Status: Married | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP(S) Daughter | AGE(S) 4 |
| **Employment:** | **DEBTOR** | **SPOUSE** |
| Occupation | Manager | Homemaker/Unemployed |
| Name of Employer | America's Tire Co. | Homemaker/Unemployed |
| How Long Employed | 12 Years | 3 Years |
| Address of Employer | 20225 N. Scottsdale Rd., Scottsdale, AZ 85255 | |

| | INCOME: | DEBTOR | SPOUSE |
|---|---|---|---|
| 1. | Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ 6,283.33 | $ |
| 2. | Estimate monthly overtime | $ | $ |
| 3. | **SUBTOTAL** | $ 6,283.33 | $ 0.00 |
| 4. | **LESS PAYROLL DEDUCTIONS** | | |
| | a. Payroll taxes and social security | $ 455.48 | $ |
| | b. Insurance | $ 323.79 | $ |
| | c. Union dues | $ | $ |
| | d. Other (specify) See Schedule Attached | $ 749.51 | $ |
| 5. | **SUBTOTAL OF PAYROLL DEDUCTIONS** | $ 1,528.78 | $ |
| 6. | **TOTAL NET MONTHLY TAKE HOME PAY** | $ 4,754.55 | $ |
| 7. | Regular income from operation of business or profession or farm (attach detailed statement) | $ | $ |
| 8. | Income from real property | $ | $ |
| 9. | Interest and dividends | $ | $ |
| 10. | Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ | $ |
| 11. | Social security or other government assistance (Specify) | $ | $ |
| 12. | Pension or retirement income | $ | $ |
| 13. | Other monthly income (Specify) Los Angeles County Adoption Assistance | $ $425.00 | $ |
| 14. | **SUBTOTAL OF LINES 7 THROUGH 13** | $ $425.00 | $ |
| 15. | **MONTHLY INCOME:** (Add amounts shown on lines 6 and 14) | $ 5,179.55 | $ |
| 16. | **COMBINED MONTHLY INCOME** (Combine column totals from line 15) | | $ 5,179.55 |

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

_____ None

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 5/5/10          /s/ Matthew Cabales Cuarenta
                        Debtor
Dated: 5/5/10          /s/ Barbara Cuarenta
                        Joint Debtor

This form has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                        F 3015-1.20

## SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)
### Continuation Sheet - Page 1 of 1

|  | DEBTOR | SPOUSE |
|---|---:|---|
| Other Payroll Deductions: | | |
| CA SDI | 64.18 | |
| Health Care Reimbursement Acct | 122.63 | |
| Vision | 15.04 | |
| Short Term Disability | 8.93 | |
| Long Term Disability | 16.21 | |
| 401(K) Contribution | 314.17 | |
| 401(K) Loan | 208.35 | |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| In re: Cuarenta, Matthew | Case No.: |
|---|---|
| Debtor. | (If known) |

# DECLARATION OF CURRENT/ POST-PETITION EXPENSES

Complete this statement by providing the monthly expenses of the debtor and the debtor's family **at this time**. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☐ Check this box if this is a joint case and debtor's spouse maintains a separate household. Complete a *Declaration of current/Post-Petition Expenses* labeled "Spouse."

1. Rent or home mortgage payment (include lot rented for mobile home)     $ __1,650__

    a. Are real estate taxes included?  Yes _____  No _____
    b. Is property insurance included?  Yes _____  No _____

2. Utilities:    a. Electricity and heating fuel     $ __65.00__
             b. Water and sewer     $ _____
             c. Telephone     $ _____
             d. Other ____See Attached____     $ __410.00__

3. Home maintenance (repairs and upkeep)     $ __40.00__
4. Food     $ __700.00__
5. Clothing     $ __200.00__
6. Laundry and dry cleaning     $ __40.00__
7. Medical and dental expenses     $ __50.00__
8. Transportation (not including car payments)     $ __275.00__
9. Recreation, clubs and entertainment, newspapers, magazines, etc.     $ __100.00__
10. Charitable contributions     $ __30.00__
11. Insurance (not deducted from wages or included in home mortgage payments)
     a. Homeowner's or renter's     $ __45.00__
     b. Life     $ _____
     c. Health     $ _____
     d. Auto     $ __155.00__
     e. Other _____     $ _____
12. Taxes (not deducted from wages or included in home mortgage payments)
(Specify) _____     $ _____
13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan)
     a. Auto     $ _____
     b. Other _____     $ _____
     c. Other _____     $ _____
14. Alimony, maintenance, and support paid to others     $ _____
15. Payments for support of additional dependents not living at your home     $ _____
16. Regular expenses from operation of business, profession, or farm (attach detailed statement)     $ _____
17. Other ____See Attached Schedule____     $ __971.00__

18. MONTHLY EXPENSES (Total lines 1-17)     $ __4,731.00__

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document: _____

20. STATEMENT OF MONTHLY NET INCOME
     a. Total monthly income from Line 15 of *Declaration of Current/Post-Petition Income*     $ __5,179.55__
     b. Total monthly expenses from Line 18 above     $ __4,728.00__
     c. Monthly net income (a. minus b.)     $ __448.55__

I declare under penalty of perjury that the foregoing is true and correct.

Dated: __5/5/10__            /s/ Matthew Cabales Cuarenta
                                   Debtor

Dated: __5/5/10__            /s/ Barbara Cuarenta
                                   Joint Debtor

This form has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                              F 3015-1.20

IN RE **Cuarenta, Matthew Cabales & Cuarenta, Barbara**                              Case No. **LA09-33044-VZ**
                                   Debtor(s)

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)
### Continuation Sheet - Page 1 of 1

| | |
|---|---:|
| Other Utilities (DEBTOR) | |
| **Gas/Water/Trash** | **125.00** |
| **Cable/Internet** | **100.00** |
| **Cell Phones** | **185.00** |
| | |
| Other Expenses (DEBTOR) | |
| **Personal Care Items** | **60.00** |
| **Vehicle Registration** | **34.00** |
| **Vehicle Mainenance (2 Cars)** | **400.00** |
| **Daughter's Vision** | **40.00** |
| **Haircuts** | **40.00** |
| **Housekeeping Supplies** | **40.00** |
| **Student Loan** | **72.00** |
| **Child's Educational Expense** | **357.00** |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Motion to Modify Plan or Suspend Plan Payments – Page 3    F 3015-1.6

| In re: Cuarenta, Matthew and Barbara | CHAPTER 13 |
|---|---|
| Debtor(s). | CASE NUMBER 2:09-bk-33044-VZ |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
4050 Katella Ave., Ste. 201, Los Alamitos, CA 90720

A true and correct copy of the foregoing document described as __Notice of Motion: Motion to Modify or Suspend Plan Payments; Declaration of Current/ Post Petition Income__ will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On 5/5/10 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:

United States Trustee, ustpregion16.la.usdoj.gov
Chapter 13 Trustee: Kathy A. Dockery, efiling@CH13LA.com

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL (indicate method for each person or entity served):**
On 5/5/10 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL (indicate method for each person or entity served):** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on 5/5/10 I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method) by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.
The Honorable Vincent Zurzolo

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 5/5/10 | Daniel Leibowitz | _/s/_ |
|---|---|---|
| Date | Type Name | Signature |

Motion to Modify Plan or Suspend Plan Payments – *Page 4*   **F 3015-1.6**

| In re: Cuarenta, Matthew and Barbara | CHAPTER 13 |
|---|---|
| Debtor(s). | CASE NUMBER 2:09-bk-33044-VZ |

## ADDITIONAL SERVICE INFORMATION (if needed):

Wells Fargo Financial California, Inc
4137 121st Street
Urbandale IA 50323

IRS Department Of The Treasury
PO Box 105416
Atlanta, GA 30348

PRA Receivables Management, LLC
As Agent Of Portfolio Recovery Assocs.
c/o Capital One National Association
POB 41067
NORFOLK VA 23541

DEPARTMENT STORES NATIONAL BANK/MACYS
TSYS DEBT MGMT., INC.
PO BOX 137
COLUMBUS, GA 31902-0137

ECMC
P.O. Box 75906
St. Paul, MN 55175

CitiFinancial Inc
P.O. Box 140489
Irving, TX 75014-0489

American Express Centurion Bank
POB 3001
Malvern, PA 19355-0701

Franchise Tax Board
Bankruptcy Section MS A340
Po Box 2952
Sacramento, CA 95812

Cavalry Portfolio Services LLC
7 Skyline Drive, Third Floor
Hawthorne, CA 10532

National Capital Management, LLC.
8245 Tournament Drive
Suite 230
Memphis, TN 38125

Jefferson Capital Systems LLC
PO BOX 7999
SAINT CLOUD MN 56302-9617

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                    **F 3015-1.6**

PRA Receivables Management, LLC
As Agent Of Portfolio Recovery Assocs.
c/o Arbor/Orchard
POB 41067
NORFOLK VA 23541

PRA Receivables Management, LLC
As Agent Of Portfolio Recovery Assocs.
c/o Direct Merchants Bank
POB 41067
NORFOLK VA 23541

PRA Receivables Management, LLC
As Agent Of Portfolio Recovery Assocs.
c/o Shell
POB 41067
NORFOLK VA 23541

Ultramar Diamond Shamrock
c/o Creditors Bankruptcy Service
P O Box 740933
Dallas,Tx 75374

PRA Receivables Management, Llc
As Agent Of Portfolio Recovery Assocs.
c/o S&h Greenpoints
POB 41067
NORFOLK VA 23541

PRA Receivables Management, Llc
As Agent Of Portfolio Recovery Assocs.
c/o Household Finance
POB 41067
NORFOLK VA 23541

PRA Receivables Management, LLC
As Agent Of Portfolio Recovery Assocs.
c/o Sears
POB 41067
NORFOLK VA 23541

CAPITAL ONE BANK (USA), N.A.
C/O TSYS DEBT MANAGEMENT (TDM)
PO BOX 5155
NORCROSS, GA 30091

CAPITAL ONE BANK (USA), N.A.
C/O TSYS DEBT MANAGEMENT (TDM)
PO BOX 5155
NORCROSS, GA 30091

Portfolio Recovery Associates, LLC
PO Box 41067
Norfolk, VA 23501-1067

Roundup Funding, LLC
MS 550
PO Box 91121
Seattle, WA 98111-9221